Order entered October 11, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01176-CR

### JUVENCIO SAMUEL CARRILLO, Appellant

V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F10-19275-I**

## ORDER

The clerk's record has not been filed in this appeal. Appellant cites to the record; therefore, it appears the clerk's record has been prepared. Accordingly, we **ORDER** the Dallas County Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE